# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: _____13-128 M_____

2) Defendant's Name: __IFRAIMOV_____EVIDAL_____
                     (Last)               (First)            (M.I.)

3) Age:_____

4) Title:_____ Section(s):_____

5) Citizen of:_____ Needs:_____Interpreter

6) Arrest Warrant Issued:_____ Date and time of arrest:_____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes _X_ No   Other District:_____

8) Name of Interpreter used today:_____ Language:_____

9) Arraignment on complaint held: _X_Yes ___No   Date/Time: ____2/12/13____

10) Detention Hearing Held:____ Bail set at:_____ ROR Entered:____ POD Entered:✓

11) Temporary Order of Detention Entered:____ Bail Hearing set for:_____

12) (a) Preliminary Hearing set for: ~~2/26/13~~ 3/5/13 @ 11am ; or waived:_____

    (b) Removal Hearing set for:_____; or waived:_____

    (c) Status Conference set for:_____

13) ASSISTANT U.S. ATTORNEY: ____MARCIA HENRY____

14) DEFENSE COUNSEL'S NAME: ~~ADAM PERLMUTTER~~ Anthony Colleluori
    Address:_____
    Bar Code:_____ CJA:X  FDNY:____ RET:✓
    Telephone Number:(____)_____

15) LOG #: 459-522  5:30-5:33   MAG. JUDGE: CHERYL L. POLLAK

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings:_____

17) Complaint/Affidavit/Indictment unsealed:___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE