# CALENDAR: MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Lois Bloom  **DATE:** 3/14/13

DOCKET NUMBER: 13 CR 137 (DLI)  LOG #: 11:13 - 11:17

DEFENDANT'S NAME: Evidal Ifraimov
  ✓ Present  ___ Not Present   ✓ Custody  ___ Bail

DEFENSE COUNSEL: Matthew Myers
  ___ Federal Defender  ___ CJA   ✓ Retained

A.U.S.A: Adriana Lopez  DEPUTY CLERK: S. McYuen

INTERPRETER: _____ (Language) _____

___ Hearing held.  ___ Hearing adjourned to ___

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.  Code Type___ Start___ Stop___

✓ Order of Speedy Trial entered.  Code Type___ Start 3/14/13 Stop 4/4/13

___ Defendant's first appearance.  ✓ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

OTHERS: _____