

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

EAG:LAL
F.#2013R00230

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

March 28, 2013

**BY EMAIL DELIVERY**

Myers, Singer and Galiardo LLP.
Matthew D. Myers, Esq.
299 Broadway, Suite 200
New York, New York 10007

       Re:  United States v. Evidal Ifraimov
            Criminal Docket No. 13-137 (DLI)

Dear Mr. Myers:

    Enclosed please find additional discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the material provided to you by the government by letter dated March 14, 2013.  The government also renews its prior requests for reciprocal discovery from the defendant.

    Enclosed please find copies of the following documents Bates numbered EI000190-EI000355 (1) e-mails sent and received by the defendant at the Metropolitan Detention Center ("MDC") for the period between February 12, 2013 and February 25, 2013, (2) list of email inmate contacts from the MDC, (3) photograph of passwords and accounts found on an external hard drive, (4) Google's business record certification, and (5) Google's data pertaining to the defendant's email accounts.

If you have any questions or further requests, please do not hesitate to contact me.

                    Very truly yours,

                    LORETTA E. LYNCH
                    United States Attorney
                    Eastern District of New York

By:    /s/
                    L. Adriana Lopez
                    Special Assistant U.S. Attorney
                    (718) 254-6410

Enclosures (EI000190-EI000355)

cc: Clerk of Court (by ECF & without enclosures)