

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG:LAL
F.#2013R00230

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

April 4, 2013

**BY MAIL DELIVERY**

Myers, Singer and Galiardo LLP.
Matthew D. Myers, Esq.
299 Broadway, Suite 200
New York, New York 10007

Re:  United States v. Evidal Ifraimov
     Criminal Docket No. 13-137 (DLI)

Dear Mr. Myers:

Enclosed please find additional discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the material provided to you by the government by letter dated March 14, 2013, and March 28, 2013.  The government also renews its prior requests for reciprocal discovery from the defendant.

Enclosed please find a compact disk Bates numbered EI000356 that contains an audio file extracted from "my movie.wmv," which was recovered from an external hard drive at the defendant's residence.

If you have any questions or further requests, please do not hesitate to contact me.

Very truly yours,

LORETTA E. LYNCH
United States Attorney
Eastern District of New York

By:   /s/
L. Adriana Lopez
Special Assistant U.S. Attorney
(718) 254-6410

Enclosures (EI000356)

cc: Clerk of Court (by ECF & without enclosures)