## MEMORANDUM
## TO THE HONORABLE DORA L. IRIZARRY
### United States District Judge

RE: Evidal Ifraimov
DOCKET NO.: 13-CR-137

Reference is made to the above-noted defendant who pleaded guilty before Your Honor on November 14, 2013, to Production of Child Pornography.  At that time, the Court ordered a presentence investigation to be conducted, and had set a disclosure date of February 18, 2014. As such, the investigation was assigned to the undersigned, Sr. U.S. Probation Officer Patricia Sullivan.

The Probation Department is writing to inform the Court that there has been a delay in the investigation.  Specifically, despite several telephonic messages, the investigating case agent has yet to telephone the undersigned probation officer.  As Your Honor is aware, it is imperative in preparing a thorough presentence report for the probation officer to view the material produced by the defendant.  The Government has been notified regarding this issue, and she is attempting to assist the Probation Department in securing an appointment to meet with the investigating agent.  The probation officer apologizes for the delay in informing the Court; however, the officer had been out on sick leave for several days.  This situation will cause a delay in the presentence investigation, and at this juncture, we respectfully request that a new disclosure date be set for after March 18, 2014.  This will provide sufficient time for the undersigned officer to complete the presentence report.  This will also provide the Government and Defense Counsel with ample time to review the report.  The Probation Department apologizes for any inconvenience that this delay may cause for the Court.  Additionally, the Probation Department will promptly inform the Court should we face any further delays meeting with the investigating agent.

Respectfully Submitted,

Eileen Kelly
Chief U.S. Probation Officer

Prepared by:_____
Patricia A. Sullivan
Senior U.S. Probation Officer
(347) 534-3742

Date:  February 11, 2014

cc:    Luz Adriana Lopez, Esq.
       Matthew Myers, Esq.

-2-

\_\_   Adjournment Request Granted

\_\_   Adjournment Request Denied

New         Sentence         Date/Special         Instructions:
_____



_____          _____
The Honorable Dora L. Irizarry                                            Date
United States District Judge